# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL NO. 8, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GARDEN STATE RESTORATION & CONSTRUCTION, a/k/a AGJ CONSTRUCTION LLC, t/a GARDEN STATE RESTORATION & CONSTRUCTION CO., <br><br> Defendant. | CIVIL ACTION <br><br> No. 07-02083 |

July 19, 2010

## ORDER

**AND NOW**, this 19th day of July, 2010, it is hereby **ORDERED** that plaintiffs' Rule 60(b) motion to reopen the case be **DENIED**.

BY THE COURT:

/s/ LHP
                Pollak, J.